UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00299-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **TOMAS BARAJAS-RODRIGUEZ,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#90) is GRANTED, and this defendant is DISMISSED WITHOUT PREJUDICE from this criminal action.

Signed: September 22, 2016

Max O. Cogburn Jr
United States District Judge