UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-299-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) **ORDER** |
| **TOMAS BARAJAS-RODRIGUEZ** | ) |

**THIS MATTER** is before the Court on the Government's Motion for the Retention of Drug Evidence. (Doc. No. 106). Finding good cause for the retention of the drug evidence seized in the above-captioned case pursuant to the U.S. Department of Homeland Security investigation under FPF Case Number 2016151200018801, the motion is **GRANTED**, and the Department of Homeland Security shall retain the drug evidence until further Order of the Court.

Signed: December 7, 2021

Max O. Cogburn Jr
United States District Judge