**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:15-cr-299**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **vs.** | **)** | |
| | **)** | **ORDER** |
| **TOMAS BARAJAS-RODRIGUEZ,** | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

Upon consideration of the Motion of the United States of America (Doc. No. 108), by and through the United States Attorney for the Western District of North Carolina, and upon finding good cause to permit the destruction of the methamphetamine in U.S. Department of Homeland Security FPF Case Number 2016151200018801,

**IT IS HEREBY ORDERED** that the government is hereby permitted to destroy the aforementioned methamphetamine. Thus, the Motion to Destroy Evidence, (Doc. No. 108), is **GRANTED**.

Signed: May 26, 2022

Max O. Cogburn Jr.
United States District Judge